UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC MANLEY,<br><br>                    Plaintiff,<br><br>       -against-<br><br>HUMAN RESOURCES ADMINISTRATION, et al.,<br><br>                    Defendants. | 23-CV-1029 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 27, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2023
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge